UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY JINKS, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-14-2472 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is the Magistrate Judge's memorandum and recommendation ("M&R") recommending that the court grant a motion for summary judgment (Dkt. 10) filed by plaintiff Johnny Jinks and deny a motion for summary judgment (Dkt. 12) filed by defendant Carolyn Colvin, acting Commissioner of the Social Security Administration (the "Commissioner"). Dkt. 14. Neither party filed objections to the M&R. Having considered the M&R, the original motion and related documents, and the applicable law, the court is of the opinion that the M&R should be adopted. Accordingly, the M&R (Dkt. 14) is ADOPTED IN FULL. The Commissioner's motion for summary judgment (Dkt. 12) is DENIED. Plaintiff's motion for summary judgment (Dkt. 10) is GRANTED. This case is REMANDED to the Social Security Administration for further proceedings..

Signed at Houston, Texas on August 25, 2015.

_____
Gray H. Miller
United States District Judge